HEATHER E. WILLIAMS, #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Victor Samuel Yrigollen

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  6:13-mj-092-MJS |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE PROBATION |
| vs. | ) |
| VICTOR SAMUEL YRIGOLLEN, | ) JUDGE: Hon. Michael J. Seng |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the probation period now scheduled to end on September 17, 2014, may be continued to March 17, 2015.

This extension of probation is requested by defense counsel so defendant can complete his Alcoholics Anonymous attendance obligations.  The government does not object to this request.  The requested continuance will conserve time and resources for all parties and the court.

//

//

//

//

//

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: September 11, 2014   By: | */s/Matthew McNease*<br>Matthew McNease<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: September 11, 2014   By: | /s/ *Janet Bateman*<br>JANET BATEMAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>VICTOR SAMUEL YRIGOLLEN |

**O R D E R**

Good cause appearing, the above Stipulation in Case No. 6:13-mj-092-MJS is accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   September 11, 2014             /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE